# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Candice T. Holloway,**
    Debtor.

Case No.:   24−40239−EJC

Judge:   Edward J. Coleman III

Chapter:   13

## ORDER TO STOP GARNISHMENT

**TO:**    Amazon.Com, Inc.
        207 Boren Avenue N
        Seattle, WA 98109

**TO:**    GFS, II, LLC, d/b/a Gateway Financial Solutions
        c/o Thrift Mclemore, LLC
        1000 Parkwood Circle SE, Suite 375
        Atlanta, GA 30339

**TO:**    State Court of Gwinnett County
        P.O. Box 2147
        Lawrenceville, GA 30046

**GARNISHMENT CASE NUMBER (If applicable): 24−GC−01187**

The captioned Debtor filed the above−styled case in this Court on **3/19/24**. Among the assets in said case are certain monies which were withheld by garnishment directed against **Amazon.com, Inc.,** his/her employer, which garnishment issued out of the **State Court of Gwinnett County**, at the instance of **GFS II, LLC, d/b/a Gateway Financial Solutions**.

The filing of this case automatically enjoins and stays the continuation of any action to enforce this garnishment proceeding, and the Debtor's employer is prohibited from making any further deductions from the Debtor's earnings due to said garnishment.

ORDERED FURTHER that each of you shall remit immediately to the Trustee,

**_O. Byron Meredith, III, P O Box 116561, Atlanta, GA 30368−6561_**

any and all sums already withheld on account of said garnishment proceeding.



Edward J. Coleman III
United States Bankruptcy Judge
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **March 20, 2024**

*B−05Z [Rev. 01/22] LLE*